**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CLIFF O. HANSON,

    Petitioner,

v.        CASE NO. 4:12-cv-00207-MP-CAS

SECRETARY, FLORIDA
DEPT. OF CORRECTIONS, and
LARRY CAMPBELL,

    Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 3, 2013. (Doc. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondents' motion to dismiss (doc. 23) is GRANTED.

3. The amended writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, (doc. 5) is DISMISSED as untimely.

4. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this   *13th* day of December, 2013

            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge